FILED
NOV - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Phillip Bailey, )
3900 Persimmon Dr. #101, )
Fairfax, VA 22031 )
)
      Plaintiff, )
v. )
)
Ethel Skakel Kennedy, )
1147 Chain Bridge Rd, )  CASE NUMBER 1:06CV01903
McClean, VA 22101 )
)  JUDGE: Colleen Kollar-Kotelly
and )
)  DECK TYPE: General Civil
Corcoran Gallery of Art, )
Corcoran Gallery of Art + Design )  DATE STAMP: 11/07/2006
500 17th Street, NW )
Washington D.C. 20006 )
)
SERVE: Paul Greenhalgh, )
Director and President )
)
      Defendants, )
)
_____)

COMPLAINT

COMES NOW the Plaintiff, Phillip Bailey, by counsel, and for his petition for declaratory judgment against Defendants Ethel Skakel Kenedy and the Corcoran Gallery of Art, states as follows:

**PETITION FOR DECLARATORY JUDGMENT**

1. This is an action under the Federal Declaratory Judgment Act, 28 U.S.C. § 2201. Plaintiff seeks declaratory relief to establish legal proprietorship over a portrait of Robert F. Kennedy entitled "The Last Portrait of Robert Fitzgerald Kennedy."

**Jurisdiction and Venue**

2. This Court has jurisdiction over this claim under D.C. Code Section 11-501(4). The amount in controversy exceeds $50,000.

3. Venue is in this District is proper under Title 28 of the United States Code, Section 1391(a)(2), as a substantial part of the events or omissions leading to this claim herein occurred in this District.

**Parties**

4. Plaintiff, Phillip Bailey ("Mr. Bailey"), was, at all times involving the taking of the portrait, a staff member of the Robert F. Kennedy Presidential Campaign located in Washington D.C.

5. Defendant, Ethel Skakel Kennedy ("Mrs. Kennedy"), is a member of the Kennedy family by her marriage to Robert F. Kennedy ("RFK"). Upon information and belief, Mrs. Kennedy assumed all interests and liabilities of RFK's estate and those interests and liabilities controlled by RFK through the Kennedy Campaign after the death of RFK.

6. Defendant, the Corcoran Gallery of Art ("Corcoran"), is the largest privately supported cultural institution in Washington, DC. The museum's main focus is American art. Upon information and belief, the Corcoran assumes all interests and liabilities of works of art commissioned from its students on behalf of the institute.

**Facts Common to All Counts**

7. In 1968, Phillip Bailey ("Mr. Bailey") began working as a volunteer for the Robert F. Kennedy Campaign for Presidency ("Campaign") located in Washington D.C.

8. Prior to June 5, 1968, Mr. Bailey observed a self portrait ("portrait") drawing of RFK conducted by a Corcoran art student.

9. On June 5, 1968, after learning of RFK's assassination, Mr. Bailey removed and took possession of the portrait depicting RFK, the portrait having been pinned to the outside portion of RFK's office door.

10. The portrait was removed in the presence of RFK's personal and private secretary, Rosemary Keough (a.k.a. "Cricket"), who did not object to Mr. Bailey's taking of the portrait.

11. After removing the portrait, Mr. Bailey placed the portrait in his car and returned to the campaign office to explain why he had removed the portrait. Upon his return, Mr. Bailey found the door to RFK's personal office locked.

12. In December of 1968, Mr. Bailey received a signed Christmas card from Ethel Kennedy which made no mention of the portrait.

13. From June 1968 to February 1969, the portrait hung openly in the living room of Mr. Bailey's townhouse in South West Washington D.C. During this period, the portrait was viewed by numerous individuals who visited Mr. Bailey's residence.

14. From March 1969 to June 1971, the portrait was fixated as the centerpiece in Mr. Bailey's living room in Upper Marlboro, where it was viewed by visitors.

15. At some point between March 1969 and June 1971, Mr. Bailey replaced the word "Corcoran" from the lower right hand corner of the portrait with his RFK campaign staff card.

16. From July 1971 to June 1972, the portrait was displayed in the living room of Mr. Bailey's high rise apartment in South West Washington, D.C.

17. On June 9, 1972, the portrait was viewed by a reporter who came to interview Mr. Bailey for a story entitled the "Capital Hill Ring."

18. From July 1972 to January 1977, the portrait hung in Mr. Bailey's work shop next to Mr. Bailey's house in Upper Marlboro. During that time, the portrait was in full view to all public visitors/customers of the workshop.

19. From January 1977 to September 1984, Mr. Bailey moved to the Pacific Northwest. During that time, the portrait was displayed in fourteen different locations and observable to all those who came to visit Mr. Bailey.

20. From October 1984 to March 1989, the portrait was regularly moved between Mr. Bailey's house in Upper Marlboro, MD and the "Watch Hunt," a bunk house bordering a federal park in Upper Marlboro, MD.

21. From March 1, 1987 to June of 1987, Mr. Bailey worked as a desk clerk at the Key West hotel. During his employment with the hotel, the portrait was displayed behind the hotel's front desk and was viewed by all those passing through the hotel. A full description of the portrait and how Mr. Bailey acquired it was given to all those who inquired.

22. From April 1989 to October 1994, the portrait was placed in Mr. Bailey's living room in Wheaton, MD. During this time, Mr. Bailey spoke to writer Len Colodny regarding the portrait.

23. From November 1994 to the spring of 1996, the portrait was displayed in Mr. Bailey's North East Washington D.C. residence.

24. After the spring of 1996, the portrait was returned to Mr. Bailey's residence in Wheaton, MD until the spring of 1998.

25. From the spring of 1998 to the summer of 2005, Mr. Bailey placed the portrait in his Fairfax, VA residence.

26. After the summer of 2005, the portrait was loaned to Mr. Bailey's attorney, Richard Murray, for purposes of possible litigation associated with the portrait.

27. At no point during Mr. Bailey's possession of the portrait did he attempt to hide his possession of it.

28. At no point subsequent to Mr. Bailey's taking of the portrait did anyone from the campaign or otherwise contact Mr. Bailey regarding the portrait.

29. Upon information and belief, no one has ever filed a police report in the District of Columbia or any such other city or state regarding the portrait.

## COUNT I: DECLARATORY JUDGMENT AGAINST ETHEL SKAKEL KENNEDY

30. Mr. Bailey incorporates by reference paragraphs 1-29 of this Complaint as though fully set forth herein

31. Upon information and relief, RFK may have had certain property rights in the portrait.

32. Upon information and belief, Mrs. Kennedy may have acquired certain property rights in the portrait as sole heir to all RFK's assets and possessions subsequent to his death on June 5, 1968.

33. Upon information and belief, Mrs. Kennedy knew or should have known that the portrait had been removed from RFK's campaign headquarters.

34. At the time that Mr. Bailey removed the portrait from RFK's office, there were effective methods for alerting the art world that the portrait had been removed from RFK's campaign headquarters.

35. At the time that Mr. Bailey removed the portrait from RRK's office, there were effective methods for informing the authorities that the portrait had been removed from RFK's campaign headquarters.

36. Mrs. Kennedy has never contacted Mr. Bailey regarding the portrait.

37. Upon information and belief, Mrs. Kennedy failed to use due diligence to recover the portrait by either alerting the art world or informing the authorities of its removal on and/or subsequent to June 5, 1968.

*WHEREFORE*, the Plaintiff, Philip Bailey, by and through counsel, prays the Court for declaratory relief against defendant, Ethel Kennedy, to award him legal title to the portrait and for any such other affirmative relief as the court deems just and proper.

## COUNT II: DECLARATORY JUDGMENT AGAINST THE CORCORAN GALLERY OF ART

38. Mr. Bailey incorporates by reference paragraphs 1-29 of this Complaint as though fully set forth herein.

39. Upon information and belief, The Corcoran Gallery of Art may have had certain property rights in the portrait.

40. Upon information and a belief, The Corcoran Gallery of Art knew or should have known that the portrait was not returned to the Corcoran subsequent to RFK's assassination.

41. At the time Mr. Bailey removed the portrait from RFK's office, there were effective methods for alerting the art world that the portrait had been removed from RFK's campaign headquarters.

42. At the time Mr. Bailey removed the portrait from RRK's campaign headquarters, there were effective methods for informing the appropriate authorities that the portrait had been removed from RFK's campaign headquarters.

43. The Corcoran has never contacted Mr. Bailey regarding the portrait.

44. Upon information and belief, the Corcoran failed to use due diligence to recover the portrait by alerting the art world or by informing the appropriate authority of its taking on and/or subsequent to June 5, 1968.

*WHEREFORE*, the Plaintiff, Philip Bailey, by and through counsel, prays the Court for declaratory relief against defendant, The Corcoran Gallery of Art, to award him legal title to the portrait and for any such other affirmative relief as the court deems just and proper.

Respectfully Submitted,

Richard Murray, Esq.
VA Bar # 24409
Pompan, Murray, & Werfel, P.L.C.
601 King Street, Suite 400
Alexandria, VA 22314
Tel: (703) 739-1340
Fax: (703) 836-8642
Counsel for Philip Bailey

# CIVIL COVER SHEET

06-1903
CKK

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Phillip Bailey | Ethel Skakel Kennedy, Corcoran Gallery of Art |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Fairfax, VA (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE T... |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Richard Murray, Pompan, Murray + Werfel, P.L.C. 703-739-1340 | CASE NUMBER 1:06CV01903 JUDGE: Colleen Kollar-Kotelly DECK TYPE: General Civil DATE STAMP: 11/07/2006 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF...

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(2)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*Federal Declaratory Judgment Act, 28 U.S.C. §2201, Declare rights to property   28 USC 157*

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☒ NO   If yes, please complete related case form.

DATE  11.7.06   SIGNATURE OF ATTORNEY OF RECORD   *not signed*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.    CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

    VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.