## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Phillip Bailey,<br><br>      Plaintiff,<br><br>      v.<br><br>Edith Skakel Kennedy,<br><br>      and<br><br>Corcoran Gallery of Art,<br><br>      Defendants. | Case No.: 1:06-CV-01903 (CKK) |

### CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant Corcoran Gallery of Art, through counsel, Crowell & Moring LLP, hereby requests an extension of time until December 20, 2006 to answer or otherwise respond to Plaintiff's Complaint. In support thereof, Defendant states:

1. Plaintiff filed his Complaint with this Court on or about November 7, 2006.

2. Defendants' Responsive Pleading is due on or about December 4, 2006.

3. Counsel for Defendant requires additional time to properly answer or otherwise respond to Plaintiff's Complaint.

4. Counsel for Defendant contacted Plaintiff's counsel, Richard Murray, who consented to an extension of time until December 20, 2006 for Defendant to answer or otherwise respond.

5. Defendant reserves all defenses available to it in this litigation.

WHEREFORE, Defendant Corcoran Gallery of Art respectfully requests that this Honorable Court grant its Consent Motion for an Extension of Time until December 20, 2006 to Answer or Otherwise Respond to Plaintiff's Complaint.

Respectfully submitted,

Dated: November 29, 2006

_____/S/_____
Lynn Parseghian (DC Bar # 435197)
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2500
(202) 628-5116 (facsimile)

Counsel for Corcoran Gallery of Art

DCIWDMS: 2913156_1

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November 2006, I caused a copy of the foregoing Consent Motion for Extension of Time To Answer or Otherwise Respond to be served on Plaintiff's counsel by first class mail as follows:

**Richard Murray**
Pompan, Murray, & Werfel, P.L.C.
601 King Street, Suite 400
Alexandria, VA 22314


Dated: November 29, 2006

_____
Brian Roemer