## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Phillip Bailey,**           )<br>                              )<br>         **Plaintiff,**      )<br>                              )<br>            v.                )<br>                              )<br>**Ethel Skakel Kennedy,**      )<br>                              )<br>          **and**             )<br>                              )<br>**Corcoran Gallery of Art,**   )<br>                              )<br>         **Defendants.**       )<br>                              ) | Case No.: 1:06-CV-01903 (CKK) |

### NOTICE OF APPEARANCE

Please notice the appearance of Scott Winkelman as counsel for Defendant Corcoran Gallery of Art in the above-captioned matter.

Respectfully submitted,

Dated:  November 30, 2006

/S/
Scott Winkelman (DC Bar # 416747)
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2500
(202) 628-5116 (facsimile)

Counsel for Corcoran Gallery of Art

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of November 2006, I caused a copy of the foregoing Notice of Appearance to be served on Plaintiff's counsel and Defendant Ms. Skakel Kennedy's Counsel by electronic mail as follows:

**Richard Murray**
Pompan, Murray, & Werfel, P.L.C.
601 King Street, Suite 400
Alexandria, VA 22314
rmurray@pompanmurray.com

Counsel for Mr. Phillip Bailey

**Gregory B. Craig**
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, DC 20005

Counsel for Ms. Ethel Skakel Kennedy

Dated: November 30, 2006

                                                                /S/
                                                          Brian Roemer