US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Phillip Bailey,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**Ethel Skakel Kennedy,**<br><br>　　　and<br><br>**Corcoran Gallery of Art,**<br><br>　　　　**Defendants.** | Case No.: 1:06-CV-01903 (CKK) |

**CONSENT MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant Corcoran Gallery of Art, through counsel, Crowell & Moring LLP, hereby requests an extension of time until December 20, 2006 to answer or otherwise respond to Plaintiff's Complaint. In support thereof, Defendant states:

1. Plaintiff filed his Complaint with this Court on or about November 7, 2006.

2. Defendants' Responsive Pleading is due on or about December 4, 2006.

3. Counsel for Defendant requires additional time to properly answer or otherwise respond to Plaintiff's Complaint.

4. Counsel for Defendant contacted Plaintiff's counsel, Richard Murray, who consented to an extension of time until December 20, 2006 for Defendant to answer or otherwise respond.

5. Defendant reserves all defenses available to it in this litigation.

WHEREFORE, Defendant Corcoran Gallery of Art respectfully requests that this Honorable Court grant its Consent Motion for an Extension of Time until December 20, 2006 to Answer or Otherwise Respond to Plaintiff's Complaint.

Respectfully submitted,

Dated:  November 30, 2006

　　　　/S/
Scott Winkelman (DC Bar # 416747)
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2500
(202) 628-5116 (facsimile)

Counsel for Corcoran Gallery of Art

DCIWDMS: 2913156_1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November 2006, I caused a copy of the foregoing Consent Motion for Extension of Time To Answer or Otherwise Respond to be served on Plaintiff's counsel and Defendant Ms. Skakel Kennedy's Counsel by electronic mail as follows:

**Richard Murray**
Pompan, Murray, & Werfel, P.L.C.
601 King Street, Suite 400
Alexandria, VA 22314
rmurray@pompanmurray.com

Counsel for Mr. Phillip Bailey

**Gregory B. Craig**
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, DC 20005
gcraig@wc.com

Counsel for Ms. Ethel Skakel Kennedy

Dated: November 30, 2006

                                                   /S/
                                              Brian Roemer

US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Phillip Bailey,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**Ethel Skakel Kennedy,**<br><br>      and<br><br>**Corcoran Gallery of Art,**<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)<br>)    Case No.: 1:06-CV-01903 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND**

    Defendant Corcoran Gallery of Art, hereby submits the attached proposed order extending time for Defendant to answer or otherwise respond to accompany Defendant's Motion for Extension of Time to Answer or Otherwise Respond filed November 30, 2006 (Docket No. 5).

                                                               Respectfully submitted,

Dated: December 5, 2006                        /S/_____
                                                          Lynn Parseghian (DC Bar # 435197)
                                                          Crowell & Moring LLP
                                                          1001 Pennsylvania Ave., NW
                                                          Washington, DC 20004
                                                          (202) 624-2500
                                                          (202) 628-5116 (facsimile)

                                                          Counsel for Corcoran Gallery of Art

US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Phillip Bailey,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **Ethel Skakel Kennedy,** ) <br> ) <br> and ) <br> ) <br> **Corcoran Gallery of Art,** ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:06-CV-01903 (CKK) |

## ORDER

Upon consideration of Defendant Corcoran Gallery's Consent Motion for an Extension of Time To Respond or Otherwise Answer Plaintiff Phillip Bailey's Complaint and the consultation between Plaintiff and Defendant, it is hereby

**Ordered** that Defendant's Motion is granted, and it is further

**Ordered** that Defendant's time to answer or otherwise respond is hereby extended until December 20, 2006.


Entered this _____ Day of December 2006

_____
Colleen Kollar-Kotelly
United States District Judge

## LIST OF ATTORNEYS ENTITLED TO BE NOTIFIED OF ENTRY OF ORDER

The following attorneys are entitled to notification of this order:

**Richard Murray**
Pompan, Murray, & Werfel, P.L.C.
601 King Street, Suite 400
Alexandria, VA 22314
rmurray@pompanmurray.com

Counsel for Mr. Phillip Bailey

**Gregory B. Craig**
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, DC 20005
gcraig@wc.com

Counsel for Ms. Ethel Skakel Kennedy

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of December 2006, I caused a copy of the foregoing Proposed Order for Extension of Time To Answer or Otherwise Respond to be served on Plaintiff's counsel and Defendant Ms. Skakel Kennedy's Counsel by electronic mail as follows:

      **Richard Murray**
      Pompan, Murray, & Werfel, P.L.C.
      601 King Street, Suite 400
      Alexandria, VA 22314
      rmurray@pompanmurray.com

      Counsel for Mr. Phillip Bailey

      **Gregory B. Craig**
      Williams & Connolly LLP
      725 Twelfth St., N.W.
      Washington, DC 20005
      gcraig@wc.com

      Counsel for Ms. Ethel Skakel Kennedy


Dated: December 5, 2006


                                          /S/
                                          Brian Roemer