UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Phillip Bailey ) <br> 3900 Persimmon Dr. #101 ) <br> Fairfax, VA  22031 ) <br> ) <br>        *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> Ethel Skakel Kennedy ) <br> 1147 Chain Bridge Road ) <br> McLean, VA  22101, ) <br> ) <br> Corcoran Gallery of Art ) <br> 500 17th Street, N.W. ) <br> Washington, D.C.  20006, ) <br> ) <br>        *Defendants.* ) <br> _____) | No. 1:06-CV-01903 <br><br> Judge Colleen Kollar-Kotelly <br><br> General Civil Case |

**NOTICE OF APPEARANCE OF MICHAEL T. MORLEY ESQ.
ON BEHALF OF DEFENDANT ETHEL SKAKEL KENNEDY**

Please notice the appearance of Michael T. Morley, Esq. as counsel for Defendant Ethel Skakel Kennedy in the above-captioned matter.

Respectfully submitted,

Dated December 1, 2006    \_\_/s/ Michael T. Morley_____

Gregory B. Craig (#164640)
Michael T. Morley (#492716)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C.  20005
Phone:    (202) 434-5247
Facsimile:    (202) 434-5029
E-mail:    mmorley@wc.com
*Attorneys for Defendant Ethyl
Skakel Kennedy*

**CERTIFICATE OF SERVICE**

      I, Michael T. Morley, do hereby swear that on December 1, 2006, I did cause a true and complete copy of the foregoing Notice of Appearance of Michael T. Morley, Esq. on Behalf of Defendant Ethyl Skakel Kennedy, to be served electronically via this Court's Electronic Case Filing system and through first-class mail, postage prepaid on:

    Richard Murray, Esq.
    POMPAN, MURRAY & WERFEL, PLC
    601 King Street, Suite 400
    Alexandria, VA  22314
    Phone:         (703) 739-1340
    Facsimile:     (703) 836-8624
    *Attorney for Plaintiff Philip Bailey*

    Scott L. Winkelman, Esq.
    Lynn Parseghian, Esq.
    CROWELL & MORING
    1001 Pennsylvania Avenue, N.W.
    Washington, D.C.  20004
    Phone:         (202) 624-2582
    Facsimile:     (202) 628-5116
    *Attorney for Defendant Corcoran Gallery of Art*

                                                /s/ Michael T. Morley
                                                  Michael T. Morley, Esq.