US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Phillip Bailey,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Ethel Skakel Kennedy,** )<br>)<br>and )<br>)<br>**Corcoran Gallery of Art,** )<br>)<br>Defendants. )<br>) | Case No.: 1:06-CV-01903 (CKK) |

## NOTICE OF APPEARANCE

Please notice the appearance of Lynn Parseghian as counsel for Defendant Corcoran Gallery of Art in the above-captioned matter.

Respectfully submitted,

Dated: December 5, 2006

                                              /S/
Lynn Parseghian (DC Bar # 435197)
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2500
(202) 628-5116 (facsimile)

Counsel for Corcoran Gallery of Art

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 5th day of December 2006, I caused a copy of the foregoing Notice of Appearance to be served on Plaintiff's counsel and Defendant Ms. Skakel Kennedy's Counsel by electronic mail as follows:

> **Richard Murray**
> Pompan, Murray, & Werfel, P.L.C.
> 601 King Street, Suite 400
> Alexandria, VA 22314
> rmurray@pompanmurray.com
>
> Counsel for Mr. Phillip Bailey
>
>
> **Gregory B. Craig**
> Williams & Connolly LLP
> 725 Twelfth St., N.W.
> Washington, DC 20005
> gcraig@wc.com
>
> Counsel for Ms. Ethel Skakel Kennedy

Dated: December 5, 2006

                /S/
                Brian Roemer