UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Phillip Bailey,** <br><br> Plaintiff, <br><br> v. <br><br> **Ethel Skakel Kennedy,** <br><br> and <br><br> **Corcoran Gallery of Art,** <br><br> Defendants. | Case No.: 1:06-CV-01903 (CKK) |

### JOINT MOTION FOR ENTRY OF PROPOSED ORDER
### DISMISSING DEFENDANT CORCORAN GALLERY OF ART

Plaintiff Philip Bailey and Defendant Corcoran Gallery of Art respectfully move this Court for entry of the proposed order attached hereto, voluntarily dismissing Defendant Corcoran Gallery of Art from this action with prejudice.

Respectfully submitted,

Dated: December 20, 2006

/S/
Scott Winkelman (DC Bar # 416747)
Lynn Parseghian (DC Bar # 435197)
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2500
(202) 628-5116 (facsimile)

Counsel for Corcoran Gallery of Art

Richard Murray (DC Bar # 39172)

Pompan, Murray & Werfel, P.L.C.
601 King Street, Suite 400
Alexandria, VA 22314
(703) 739-1340
(703) 836-6842  (facsimile)

Counsel for Plaintiff Phillip Bailey

US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Phillip Bailey,**  )<br>  )<br>     **Plaintiff,**  )<br>  )<br>        v.  )<br>  )<br>**Ethel Skakel Kennedy,**  )<br>  )<br>      **and**  )<br>  )<br>**Corcoran Gallery of Art,**  )<br>  )<br>     **Defendants.**  )<br>  ) | Case No.: 1:06-CV-01903 (CKK) |

## [PROPOSED] ORDER

On this the ____ day of December, 2006, the Plaintiff, Phillip Bailey, and the Defendant, Corcoran Gallery of Art, by counsel, advised the Court that they had agreed to dismiss Defendant Corcoran Gallery of Art from the above-styled action.  Therefore, it is hereby

ORDERED that the above-styled action against Defendant Corcoran Gallery of Art only be, and hereby is, dismissed with prejudice.

Entered this ___ day of December, 2006.

_____
The Honorable Colleen Kollar-Kotelly
District Court Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of December 2006, I caused a copy of the foregoing Joint Motion for Entry of Proposed Order Dismissing Defendant Corcoran Gallery of Art to be served on Plaintiff's counsel and Defendant Ethel Skakel Kennedy's counsel by electronic mail as follows:

**Richard Murray**
Pompan, Murray, & Werfel, P.L.C.
601 King Street, Suite 400
Alexandria, VA 22314
rmurray@pompanmurray.com

Counsel for Phillip Bailey

**Gregory B. Craig**
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, DC 20005
gcraig@wc.com

Counsel for Ethel Skakel Kennedy

Dated: December 20, 2006

                /S/
              Brian Roemer