UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Phillip Bailey<br>3900 Persimmon Dr. #101<br>Fairfax, VA  22031 | )<br>)<br>)<br>) | |
| *Plaintiff*, | )<br>) | No. 1:06-CV-01903 |
| v. | )<br>) | Judge Colleen Kollar-Kotelly |
| Ethel Skakel Kennedy<br>1147 Chain Bridge Road<br>McLean, VA  22101, | )<br>)<br>)<br>) | General Civil Case |
| Corcoran Gallery of Art<br>500 17th Street, N.W.<br>Washington, D.C.  20006, | )<br>)<br>)<br>) | |
| *Defendants*. | )<br>) | |

**DEFENDANT ETHEL SKAKEL KENNEDY'S REPLY MEMORANDUM
IN SUPPORT OF HER MOTION TO DISMISS FOR LACK OF
SUBJECT-MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**

Plaintiff Phillip Bailey does not contest this Court's lack of subject-matter jurisdiction over this lawsuit.  Defendant Ethel Skakel Kennedy hereby consents to and joins in his request to have this case transferred to the Superior Court for the District of Columbia pursuant to 28 U.S.C. § 1631, without prejudice to her right to file an Amended Answer, bring counterclaims, or move to dismiss the Complaint, as permitted by the Rules of that Court.  A Proposed Order is attached.

Dated:  December 21, 2006

                 __/s/ Michael T. Morley_____

                 Gregory B. Craig (#164640)
                 Michael T. Morley (#492716)
                 WILLIAMS & CONNOLLY LLP
                 725 12th Street, N.W.
                 Washington, D.C.  20005

- 2 -

    Phone:  (202) 434-5247
    Facsimile: (202) 434-5029
    E-mail:  mmorley@wc.com
    *Attorneys for Defendant Ethel Skakel Kennedy*

## CERTIFICATE OF SERVICE

     I, Michael T. Morley, do hereby swear that on December 21, 2006, I did cause a true and complete copy of the foregoing Defendant Ethel Skakel Kennedy's Reply Memorandum in Support of Her Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Failure to State a Claim, and Proposed Order, to be served electronically via this Court's Electronic Case Filing system and through first-class mail, postage prepaid on:

     Richard Murray, Esq.
     POMPAN, MURRAY & WERFEL, PLC
     601 King Street, Suite 400
     Alexandria, VA  22314
     Phone:       (703) 739-1340
     Facsimile:   (703) 836-8624
     *Attorney for Plaintiff Philip Bailey*

     Scott L. Winkelman, Esq.
     Lynn Parseghian, Esq.
     CROWELL & MORING
     1001 Pennsylvania Avenue, N.W.
     Washington, D.C.  20004
     Phone:       (202) 624-2582
     Facsimile:   (202) 628-5116
     *Attorneys for Defendant Corcoran Gallery of Art*

                                                     _____/s/ Michael T. Morley_____
                                                          Michael T. Morley, Esq.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Phillip Bailey<br>3900 Persimmon Dr. #101<br>Fairfax, VA  22031 | )<br>)<br>)<br>) | |
| *Plaintiff*, | )<br>) | No. 1:06-CV-01903 |
| v. | )<br>) | Judge Colleen Kollar-Kotelly |
| Ethel Skakel Kennedy<br>1147 Chain Bridge Road<br>McLean, VA  22101, | )<br>)<br>)<br>) | General Civil Case |
| Corcoran Gallery of Art<br>500 17th Street, N.W.<br>Washington, D.C.  20006, | )<br>)<br>)<br>) | |
| *Defendants.* | )<br>) | |

**PROPOSED ORDER TRANSFERRING CASE PURSUANT TO 28 U.S.C. § 1631**

Having considered Defendant Ethel Skakel Kennedy's Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Failure to State a Claim, Plaintiff's Opposition thereto, and Defendant Kennedy's reply, and

It appearing to the Court that there is no basis for federal subject-matter jurisdiction in this case, it is hereby:

ORDERED that the above-captioned case be transferred to the Superior Court of the District of Columbia pursuant to 28 U.S.C. § 1631;

FURTHER ORDERED that the Clerk of this Court take all steps reasonably necessary to effectuate such transfer; and

FURTHER ORDERED that such transfer shall be without prejudice to Defendant Ethel Skakel Kennedy's right to seek leave to file an Amended Answer or bring counterclaims, or to

file a motion to dismiss Plaintiff's claim against her, as permitted by the Rules of that Court; and

FURTHER ORDERED that nothing in this ruling or Order shall be construed as a ruling on the merits of any issue other than lack of subject-matter jurisdiction.  Specifically, this Order does not constitute a determination as to whether Plaintiff has stated a claim upon which relief can be granted against Defendant Kennedy, or adequately alleged his entitlement to declaratory or other relief.

SO ORDERED.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge