UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP BAILEY,

   Plaintiff,

    v.

ETHEL SKAKEL KENNEDY, *et al.*,

   Defendants.

Civil Action No. 06–1903 (CKK)

**ORDER**
(January 2, 2007)

On December 20, 2006, Plaintiff, Phillip Bailey, and Corcoran Gallery of Art, a Defendant in this case, by counsel, advised the Court that they had agreed to dismiss Defendant Corcoran Gallery of Art from the above-styled action.

Accordingly, it is, this 2nd day of January, 2007, hereby

ORDERED that the [11] Joint Motion for Entry of Proposed Order Dismissing Defendant Corcoran Gallery of Art is GRANTED; it is also

ORDERED that this action is DISMISSED WITH PREJUDICE against Defendant Corcoran Gallery of Art.

SO ORDERED.

                                                    */s/*
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge