UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP BAILEY,

   Plaintiff,

    v.

ETHEL SKAKEL KENNEDY, *et al.*,

   Defendants.

Civil Action No. 06–1903 (CKK)

**ORDER**
(February 6, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 6th day of February, 2007, hereby

ORDERED that Defendant Ethel Skakel Kennedy's [8] Amended Motion to Dismiss is GRANTED; it is also

ORDERED that the instant case is DISMISSED WITHOUT PREJUDICE such that it may be filed in the Superior Court for the District of Columbia if appropriate; it is also

ORDERED that this case shall be CLOSED.

SO ORDERED.

                                                  /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge